Kohn vs. Lovett.

MORRIS KOHN, plaintiff in error, vs. GREEN B. LOVETT, defendant in error.

This Court will not hear evidence to show that the date of the Judge's certificate to a bill of exceptions is wrong.  (R.)

As appeared by the dates, this bill of exceptions was certified on the 24th of August, 1870, and service was acknowledged on the 9th of September, 1870.   Defendant's counsel moved to dismiss it, because the service was more than ten days after the Judge certified it.

Plaintiff's counsel said these dates were incorrect, and proposed to show by evidence that they were, and that the service was made within ten days from what should be the date of the certificate.   The Court would not hear the evidence and dismissed the case.

DUNLAP SCOTT, for plaintiff in error.

UNDERWOOD & ROWELL, for defendant.